```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PHILIP A. BONADONNA, | : |
| Petitioner, | : Civil Action No. 11-6193 (JBS) |
| v. | : **ORDER** |
| DONNA ZICKEFOOSE, et al., | : |
| Respondents. | : |

For the reasons set forth in the accompanying Opinion filed on this date,

IT IS on this **23rd** day of **July**, **2012**,

ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED; and it is further

ORDERED that the Clerk of the Court shall mark this matter closed.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              Chief Judge
                                              United States District Court