```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
PHILIP A. BONADONNA,                :
                                    : Civil Action No. 11-6193 (JBS)
Petitioner,                         :
                                    :
v.                                  : **ORDER**
                                    :
DONNA ZICKEFOOSE, et al.,           :
                                    :
Respondents.                        :
_____ :

For the reasons set forth in the accompanying Opinion filed on this date,

IT IS on this **23rd** day of **July**, **2012**,

ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED; and it is further

ORDERED that the Clerk of the Court shall mark this matter closed.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief Judge
United States District Court